# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Kuehu v. United Airlines, Inc. | 30472 | 01/13/2012 | Affirmed |
| Wong v. Dey | 29128 | 01/20/2012 | Vacated, Remanded, and Affirmed |
| Wells Fargo Bank, N.A. v. Markley | CAAP–10–0000022 | 01/23/2012 | Vacated and Remanded |
| Hou v. University of Hawaii | 30397 | 01/25/2012 | Affirmed |
| State v. Pacquing | 29703 | 01/25/2012 | Vacated and Remanded |
| State v. Murray | 28569 | 01/27/2012 | Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| Tawhiri Power LLC, In re | 30318 | 02/08/2012 | Denied | 126 Hawai'i 242, 269 P.3d 777 |